UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TARONTAE D. JACKSON,<br><br>                          Plaintiff,<br>v.<br><br>JARED HANLON, *et al.*,<br><br>                         Defendants. | Case No. 3:23-cv-00243-MMD-CLB<br><br>ORDER |

      On July 11, 2023, the Court ordered pro se plaintiff Tarontae Jackson to file an amended complaint that complies with the Federal Rules of Civil Procedure and either pay the full $402 filing fee for a civil action or file a new fully complete application to proceed *in forma pauperis* ("IFP") by September 9, 2023. (ECF No. 3). Ten days later, Plaintiff filed a new IFP application and a First Amended Complaint. (ECF Nos. 5, 6). The IFP application is fully complete, but Plaintiff failed to sign and date the First Amended Complaint, and that pleading is missing a statement about what relief Plaintiff seeks. (*See* ECF No. 6).

      The Court cannot consider the First Amended Complaint because Plaintiff did not sign it. *See* Fed. R. Civ. P. 11(a) (providing that a plaintiff who is not represented by counsel must personally sign his or her complaint). The Court grants Plaintiff an extension of time to file a signed amended complaint with the Court. Submission of a mere signature page will not be sufficient. Plaintiff is advised that an amended complaint replaces the original complaint, so the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989). This means the amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this action.

      It is therefore ordered that **no later than September 9, 2023**, Plaintiff must file a signed amended complaint. If Plaintiff chooses to file an amended complaint, he should

use this Court's approved prisoner civil rights form, and it must be titled "Second Amended Complaint."

It is further ordered that if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a signed complaint.

The Clerk of the Court is directed to send Plaintiff Tarontae D. Jackson the approved form for filing a 42 U.S.C. § 1983 complaint, instructions for the same, and a courtesy copy of his First Amended Complaint (ECF No. 6).

DATED THIS 25th day of July 2023.

_____
UNITED STATES MAGISTRATE JUDGE