UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TARONTAE D. JACKSON, | Case No. 3:23-cv-00243-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JARED HANLON, | |
| Defendants. | |

Plaintiff Tarontae D. Jackson brings this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations he claims to have suffered while incarcerated at Ely State Prison. In screening Plaintiff's second amended complaint, the Court allowed a claim to proceed and deferred ruling on Plaintiff's application to proceed *in forma pauperis* for an inmate. (ECF No. 10). The Court entered subsequent orders imposing a 90-day stay and assigning the parties to mediation by a court-appointed mediator. (ECF Nos. 13, 16). Settlement was not reached at the mediation conference. (ECF No. 20).

On February 15, 2024, after Plaintiff informed the Court that he is no longer incarcerated, the Court denied his application to proceed *in forma pauperis* for inmate as moot and gave him until March 18, 2024, to either pay the full $402 filing fee or file an application to proceed *in forma pauperis* for non-inmates. (ECF No. 21). That deadline expired and Plaintiff has neither paid the filing fee nor applied for *in forma pauperis* status as a non-inmate. However Plaintiff filed a notice shortly after the Court's order stating that he has a new address. (ECF No. 22). Considering the timing of Plaintiff's update-address notice, the Court grants him a final extension of time to either pay the required filing fee or file an application to proceed *in forma pauperis* for non-inmates.

It is therefore ordered that Plaintiff has **until May 1, 2024**, to either file a fully complete application to proceed *in forma pauperis* for non-inmates or pay the full $402 filing fee for this civil-rights action.

It is further ordered that the Clerk of the Court will resend Plaintiff Tarontae Jackson the approved form application to proceed *in forma pauperis* for non-inmates and the document titled information and instructions for filing an *in forma pauperis* application.

It is further ordered that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

It is further ordered that the matter of service of summons and copies of the complaint under Federal Rule of Civil Procedure 4 is again temporarily deferred. The Court will enter an order about service after the matter of payment of the filing fee has been resolved.

Dated this 1st day of April 2024.

_____
UNITED STATES MAGISTRATE JUDGE